No. 99–10265. CURRY *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 99–10055. JACKSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari as to Harold Jackson granted. Judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000). Certiorari as to Kevin Williams, Dion Lewis, Jathel Garrett, Derrick Mallett, Richard Wash, Scott Davis, James Doty, Michelle Gaines, Clarence Haywood, Cedric Parks, and James Yates denied.

No. 00–5865. MACIEL *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–5985. TERIO *v.* PIAZZA, COMMISSIONER, PUTNAM COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari before judgment dismissed. See this Court's Rule 39.8.

No. D–2177. IN RE DISBARMENT OF DINGMAN. Disbarment entered. [For earlier order herein, see 530 U. S. 1288.]

No. D–2178. IN RE DISBARMENT OF PHILLIPS. Disbarment entered. [For earlier order herein, see 530 U. S. 1288.]

No. D–2180. IN RE DISBARMENT OF CLARK. Disbarment entered. [For earlier order herein, see 530 U. S. 1288.]